**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH RIGGS and ANTHONY ALEXANDER POPE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM, THOMAS A. LOMELI, MICHAEL J. RAMOS, REUBEN A. HASANI, and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | Case No.:   8:21-cv-00749 JVS (ADSx)<br><br>Assigned to: Hon. James V. Selna<br>Dept.:         Ctrm. 10C<br><br>**ORDER OF DISMISSAL [63]**<br><br>Action Filed:   April 20, 2021<br>Trial Date:      July 19, 2022 |

Pursuant to the Stipulation of the parties filed on December 29, 2022, the above-captioned action can be dismissed with prejudice pursuant to FRCP 41(a)(1), with each party is to bear its own costs and attorney's fees.

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice.

Dated: January 03, 2023

By: _____
Honorable James V. Selna
United States District Judge

147334

Case No. 8:21-cv-00749 JVS (ADSx)